**01–1706.   Fuller v. Fuller.**

Scioto App. No. 99CA2687. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due September 21, 2001, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte.*

*Tuesday, October 2, 2001*

## MISCELLANEOUS DISMISSALS

**01–1408.   Strongsville Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**

Board of Tax Appeals, Nos. 98–T–595, 98–T–596 and 98–T–602. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, October 3, 2001*

## MISCELLANEOUS DISMISSALS

**01–1728.   State ex rel. Gracyzk v. Lorain Cty. Bd. of Elections.**

This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.